ACCEPTED
12-15-00099-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/7/2015 4:21:29 PM
CATHY LUSK
CLERK

## NO. 12-15-00099

| | | |
|---|---|---|
| JOHNSON, DARRIAN DEWAYNE, JR. | § | IN THE COURT OF APPEALS |
| | § | |
| vs. | § | 12ᵀᴴ JUDICIAL DISTRICT |
| | § | |
| STATE OF TEXAS | § | STATE OF TEXAS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/7/2015 4:21:29 PM
CATHY S. LUSK
Clerk

### 1ˢᵀ MOTION FOR EXTENSION OF TIME TO FILE BRIEF

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW the Appellant in the above styled and numbered cause, and files this Motion for Extension of time to File Appellant Brief and in support thereof would show this court the following:

1. This case is on appeal from the 2ⁿᵈ Judicial District Court of Cherokee County, Texas.

2. The case below was styled *State of Texas vs. Darrian Dewayne Johnson, Jr.* and was numbered 18851.

3. The Defendant pled Not True to allegations of a Motion to Adjudicate and hearing was held before the Court on the underlying charge of Possession of a Controlled Substance in Penalty Group 1 of less than 1 gram. Upon hearing thereof, the Court found the allegations in the Motion to Adjudicate to be True and sentenced the Defendant to confinement in the Texas Department of Criminal Justice, State Jail Division on January 8, 2015 for a term of two (2) years with costs and 150 days jail credit.

4. Notice of Appeal was filed pro se on January 20, 2015.

5. Both the Clerk's Record and the Reporter's Records have been previously filed with the Court.

6. It is counsel's understanding that the Appellant's Brief was due 30 days after the filing of the record; however, counsel has been advised by his internet provider that counsel's computer has been hacked and his e-mail account was usurped. Counsel's provider advised that his account was used to forward @2000+ e-mails on a daily

basis and from several "foreign IPs." Accordingly, the provider suspended counsel's account and notified him of this action. Upon receipt of the notice, counsel contacted his provider and advised them that this was an unauthorized action. At the direction of the provider, counsel has now had his computer "cleaned" and "updated" and his account has been re-activated. Because of this suspension, counsel did not receive many of the e-mails sent him, including the reporter's record and the notice of its filing. Counsel has spoken with the reporter and she has indicated that the district clerk will forward a copy to him since, in the meantime the reporter's computer has "crashed" and she has lost the record. The district Clerk has indicated that she will forward the record. Because of the above, counsel has not been able to properly research and prepare a brief on behalf of Appellant.

7. Counsel request that en extension of 32 days be granted until **August 9, 2015** for the filing of Appellant's Brief.

8. This request is not sought merely for delay, but rather that justice may be had. This delay will not occasion any undue delay in the progression of this case.

**WHEREFORE, PREMISES CONSIDERED,** Defendant prays that the Court GRANT this request and extend the date for filing of Appellant's brief until Monday, August 9, 2015.

Respectfully submitted,

Law Office of Forrest K. Phifer      Forrest K. Phifer
P.O. Box 829      SBOT # 15908570
Rusk, Texas 75785-0829      Attorney for Appellant
Tel: (903) 683-9592

By: /S/    Forrest K. Phifer _____

**CERTIFICATE OF CONFERENCE**

By the signature above, I hereby certify that I have conferenced with the prosecutor in this case and she has indicated that she has **NO OBJECTIONS** to the merits of this request.

By: /S/    Forrest K. Phifer _____

## CERTIFICATE OF SERVICE

This is to certify that on July 7, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Cherokee County, 135 S. Main, Rusk, Texas 75785, by electronic delivery in accordance with the Texas Rules of Appellate Procedure.

By: /S/    Forrest K. Phifer